**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QILING WANG,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | No. CV 26-5755 PA (MARx)<br><br>JUDGMENT |

In accordance with the Court's October 2, 2026 Order granting the Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2) and 55(d) filed by plaintiff Qiling Wang ("Plaintiff") against defendants Director of United States Citizenship and Immigration Services ("USCIS") and the USCIS National Benefits Center (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. USCIS shall diligently work towards completing adjudication of Plaintiff's Residence Application within 120 days from the date of the Order, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication; and

2. Plaintiff shall recover from Defendants her costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: October 2, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE